1  Allen Hyman (CBN: 73371)
2  LAW OFFICES OF ALLEN HYMAN
   10737 ½ Riverside Drive
3  North Hollywood, California 91602
   Telephone: (818) 763-6289
4  Facsimile: (818) 763-4676
   Email: lawoffah@aol.com
5
   Timothy A. Pico (SBN: 180354)
6  Brett S. Markson (SBN: 157424)
   Markson Pico LLP
7  515 S. Flower Street, 18th Floor
   Los Angeles, CA 90071-2952
8  Telephone (213) 895-4000
   Email: tpico@marksonpico.com
9  Email: bmarkson@pico.com

10 Attorneys for Plaintiffs
   Nader Savar and Barhar Tarzabine
11

12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15
   NADER SAVAR, an individual,   )CASE NO.: 2:20-cv-02541-FMO(MRWx)
16 and BARHAR TARZABINE, an      )
   individual,                   )ORDER RE: DISMISSAL
17                               )
           Plaintiffs,           )
18                               )
                                 )
19      vs.                      )
                                 )
20 STATE FARM GENERAL INSURANCE  )
   COMPANY, an Illinois          )
21 corporation,                  )
                                 )
22           Defendant.          )
                                 )
23 _____)

24         Upon stipulation of the parties and the Court having

25 been advised that the parties have settled the claims as between

26 them, the Court dismisses plaintiffs First Amended Complaint with

27 prejudice, and finds that each of the parties are to bear their own

28 costs and attorneys fees.

JS - 6

                        1
                     **ORDER**

1         The Court will not retain jurisdiction to interpret and

2    enforce the settlement agreement between the parties. <u>See</u> <u>Kokkonen</u>

3    <u>v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381-82, 114 S.Ct.

4    1673, 1677 (1994).

5

6    Dated: February 2, 2021    _____/s/_____

7                             U.S. District Judge
                         Fernando M. Olguin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

**ORDER**